FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 OCT 12 AM 7:19

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RICHARD W. MIZELL | * | CIVIL ACTION NO.: 07-648 |
| | * | |
| VERSUS | * | SECTION: "A" (1) |
| | * | |
| UNITED STATES OF AMERICA, | * | |
| THROUGH THE DEPARTMENT OF | * | |
| VETERANS AFFAIRS AND VETERANS | * | |
| ADMINISTRATION MEDICAL CENTER | * | |
| NEW ORLEANS, LOUISIANA | * | |
| | * | |

*******************************************************************

### ORDER

Considering the Unopposed Motion to Strike Jury Demand, filed by Plaintiff, Richard W. Mizell;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiff's Unopposed Motion to Strike Jury Demand is **GRANTED**

**IT IS FURTHER HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiff's demand for a jury trial is **STRICKEN.**

10/10/07

_____
JUDGE JAY C. ZAINEY

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____