# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RICHARD W. MIZELL | * | CIVIL ACTION NO.: 07-648 |
| | * | |
| VERSUS | * | SECTION: "A" (1) |
| | * | |
| UNITED STATES OF AMERICA, | * | |
| THROUGH THE DEPARTMENT OF | * | |
| VETERANS AFFAIRS AND VETERANS | * | |
| ADMINISTRATION MEDICAL CENTER | * | |
| NEW ORLEANS, LOUISIANA | * | |
| | * | |

************************************************************************

## PLAINTIFF'S WITNESS AND EXHIBIT LISTS

**NOW INTO COURT,** comes plaintiff, Richard W. Mizell, who submits the following witness and exhibit lists:

## PLAINTIFF'S WITNESS LIST:

Plaintiff may call the following witnesses at the trial of this matter:

1. Richard W. Mizell – facts;

2. Janice Salles - facts

3. Dr. Urzula Moroz – medical / facts;

4. Dr. Joe Rice – medical / facts;

5. Dr. Daniel Priestly – medical / facts;

6. Dr. Ava Nelson – medical / facts;

7. Dr. Cynthia Crowder – medical / facts;

8. Dr. Andres Eraso – medical / facts;

9. Dr. Frank Schmidt – medical / facts;

10. Dr. John Howell – medical / facts;

11. Dr. David Beahm – medical / facts;

12. Dr. Eric Presser – medical / facts;

13. Dr. Sundeep Keswani – medical / facts;

14. Debra Vicknair, R.N. – medical / facts;

15. Any and all other physicians with the Veterans Administration Center – New Orleans, LA – who provided plaintiff with the medical care forming the basis of this litigation;

16. A representative(s) of the Veterans Administration Medical Center – New Orleans, LA - medical;

17. Any other witnesses listed or called by any other party;

18. Any witness identified during discovery;

19. Any witness necessary to authenticate any document;

20. Any witness necessary for impeachment and/or rebuttal.

**PLAINTIFF'S EXHIBIT LIST:**

1. Medical records from the Veterans Administration Medical Center – New Orleans, LA concerning the treatment of plaintiff, Richard W. Mizell;

2. Letter, dated May 18, 2007, from the Department of Veterans Affairs denying plaintiff's claim;

3. Plaintiff's SF-95 Claim for Damage, Injury or Death, dated June 21, 2006;

4. Any document or exhibit identified or produced during discovery in this matter or attached to depositions in this matter;

5. Any deposition to be taken in this matter;

6. Any pleading generated during the course of this litigation and any exhibits attached thereto;

7. Any document needed for impeachment or rebuttal;

8. Any other exhibits listed and/or introduced by any other party;

9. Any other documents identified as a result of further discovery or investigation by any other party.

Plaintiff reserves the right to supplement and/or amend the foregoing lists as deemed necessary.

Respectfully submitted, this 15th day of February, 2008,

_____
TERRILL W. BOYKIN (#18132)
BORDENAVE BOYKIN & EHRET
A Professional Law Corporation
400 Poydras Street, Suite 2450
New Orleans, Louisiana 70130
Telephone: (504) 527-5450
Facsimile: (504) 527-5436

**Attorney for Plaintiff, Richard W. Mizell**

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of February, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to:

Margaret M. Groome, Esq.

_____
TERRILL W. BOYKIN

3