UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2008 MAY 19  AM 11: 19
LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| **RICHARD W. MIZELL,** | * | **CIVIL ACTION** |
| **Plaintiff** | * | **NUMBER: 07-0648** |
| v. | | |
| | * | **SECTION: "A" (1)** |
| **UNITED STATES OF AMERICA, THROUGH THE DEPARTMENT OF VETERANS AFFAIRS AND VETERANS ADMINISTRATION MEDICAL CENTER NEW ORLEANS, LOUISIANA** | * * * * | |
| **Defendants.** | * | |

\* \* \*

## STIPULATION FOR COMPROMISE SETTLEMENT AND RELEASE OF FEDERAL TORT CLAIMS ACT CLAIMS PURSUANT TO 28 U.S.C. § 2677

It is hereby stipulated by and between Richard Mizell and the United States of America, on behalf of the United States Veterans Administration, by and through their respective attorneys as follows:

1. The parties do hereby agree to settle and compromise each and every claim of any kind, whether known or unknown, arising directly or indirectly from the acts or omissions that gave rise to the above-captioned action under the terms and conditions set forth in this Settlement Agreement.

2. The United States of America agrees to pay the sum of **FIVE THOUSAND FIVE HUNDRED AND NO/100 ($5,500.00) DOLLARS** to Richard Mizell, which sum shall be in full settlement and satisfaction of any and all claims, demands, rights, and causes of action of whatsoever kind and nature, arising from, and by reason of any and all known

___ Fee _____
___ Process _____
X/ Dktd _____
✓ CtRmDep _____
___ Doc. No. _____

and unknown, foreseen and unforeseen bodily and personal injuries, damage to property and the consequences thereof, resulting, and to result, from the subject matter of this settlement, including any claims for wrongful death, for which plaintiff or his guardians, heirs, executors, administrators, or assigns, and each of them, now have or may hereafter acquire against the United States of America, its agents, servants, and employees.

3.  Plaintiff and his guardians, heirs, executors, administrators or assigns hereby agree to accept the sum set forth in this Stipulation of Compromise Settlement in full settlement and satisfaction of any and all claims, demands, rights, and causes of action of whatsoever kind and nature, including claims for wrongful death, arising from, and by reason of any and all known and unknown, foreseen and unforeseen bodily and personal injuries, damage to property and the consequences thereof which he may have or hereafter acquire against the United States of America, its agents, servants and employees on account of the same subject matter that gave rise to the above-captioned action, including any future claim or lawsuit of any kind or type whatsoever, whether known or unknown, and whether for compensatory or exemplary damages. Plaintiff and his guardians, heirs, executors, administrators or assigns further agree to reimburse, indemnify and hold harmless the United States of America, its agents, servants, and employees from and against any and all such causes of action, claims, liens, rights, or subrogated or contribution interests incident to or resulting from the incident which forms the basis of this action, including any and all health care providers, from further litigation or the prosecution of claims by plaintiff or his

guardians, heirs, executors, administrators or assigns against any third party or against the United States, including claims for wrongful death.

4.  Plaintiff and his guardians, heirs, executors, administrators or assigns hereby agree to assume full responsibility for any and all medical bills, liens, or any other costs which may have arisen from the incident which forms the basis of this action, and the plaintiff and his guardians, heirs, executors, administrators or assigns further agree to reimburse, indemnify and hold harmless the United States of America, its agents, servants, and employees from and against any and all such causes of action, claims, liens, rights, or subrogated or contribution interests incident to or resulting from the incident which forms the basis of this action.

5.  This stipulation for compromise settlement is not, is in no way intended to be, and should not be construed as, an admission of liability or fault on the part of the United States, its agents, servants, or employees, and it is specifically denied that they are liable to the plaintiff.  This settlement is entered into by all parties for the purpose of compromising disputed claims under the Federal Tort Claims Act and avoiding the expenses and risks of further litigation.

6.  It is also agreed, by and among the parties, that the respective parties will each bear their own costs, fees, and expenses and that any attorney's fees owed by the plaintiff will be paid out of the settlement amount and not in addition thereto.

7. It is also understood by and among the parties that pursuant to Title 28, United States Code, Section 2678, attorneys fees for services rendered in connection with this action shall not exceed 25 per centum of the amount of the compromise settlement.

8. The persons signing this Settlement Agreement warrant and represent that they possess full authority to bind the persons on whose behalf they are signing to the terms of the settlement.

9. Payment of the settlement amount will be made by a check drawn on the United States Department of the Treasury in the amount of **FIVE THOUSAND FIVE HUNDRED AND NO/100 ($5,500.00)** and made payable to Richard W. Mizell and Terrrill W. Boykin, plaintiff's attorney. The check will be mailed to Margaret M. Groome at the following address: 500 Poydras Street, Room 210B, New Orleans, LA 70130. Plaintiff's attorney agrees to distribute the settlement proceeds to the plaintiff and to obtain a dismissal of the above-captioned action with prejudice, with each party bearing its own fees costs, and expenses.

10. The parties agree that this Stipulation for Compromise Settlement and Release, including all the terms and conditions of this compromise settlement and any additional agreements relating thereto, may be made public in their entirety, and the plaintiff expressly consent to such release and disclosure pursuant to 5 U.S.C. § 552a(b).

11.  It is contemplated that this Stipulation may be executed in several counterparts, with a separate signature page for each party. All such counterparts and signature pages, together, shall be deemed to be one document.

Executed this  1st  day of  May  , 2008.

_____
MARGARET M. GROOME (1389)
Assistant United States Attorney
Hale Boggs Federal Building
500 Poydras Street, Room 210B
New Orleans, Louisiana  70130
Telephone:  (504) 680-3071
Attorney for Defendant,
United States of America

Executed this  14th  day of  May  , 2008.

_____
TERRILL W. BOYNKIN (18474)
BORDENAVE BOYKIN & EHRET
A Professional Law Corporation
400 Poydras Street, Suite 2450
New Orleans, Louisiana 70130
Phone: (504) 527-5450

Executed this  12th  day of  May  , 2008.

_____
RICHARD W. MIZELL